BEFORE THE FIRST DIVISION, JUNE 28, 1944

**No. 49568.**—Protests 834491–G, etc., of Friedlaender Co., Inc. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49569.**—Protests 27346–K, etc., of Jordan Marsh Co. et al. (Boston, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49570.**—Protest 101148–K of Mitchel F. Barnet (New York).

Opinion by WALKER, J. It was stipulated that the hides are similar to those involved in *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807). The claim was therefore sustained.

**No. 49571.**—Protest 103786–K of Mitchel F. Barnet (New York).

Opinion by WALKER, J. It was stipulated that the hides are similar to those involved in *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807). The claim was therefore sustained as to those hides entered for consumption after the effective date of said trade agreement.

**No. 49572.**—Protests 104702–K, etc., of Rice & Co. Corp. (Boston).

Opinion by WALKER, J. It was stipulated that the hides are similar to those involved in *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807). The claim was therefore sustained.